UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEON JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00690-JPH-TAB |
| | ) | |
| ERIC HOLCOMB, | ) | |
| GWENDOLYN HORTH, | ) | |
| KRISTINE JOHNSON, | ) | |
| ZACH ZIMMERMAN, | ) | |
| B. PETERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim Baker has entered a Report and Recommendation, dkt. 14, recommending that the Court dismiss the complaint because it is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [14]. The plaintiff continues to have **through August 22, 2022,** to show cause why judgment should not issue. Dkt. 14 at 4.

**SO ORDERED.**

Date: 8/17/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LEON JENNINGS
985926
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362